Jerome F. Kutak, for appellant. Rosenthal, Hamill & Wormser, for appellee; Willard L. King and George W. Gale, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

Universal Acceptance Corporation, appellant, v. John Wachowski, appellee. Gen. No. 34,283.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.
Charles R. Casler, for appellant. No appearance for appellee.
Mr. Justice Barnes delivered the opinion of the court.

A. J. Harvey, receiver of First National Bank of Marysville, Kansas, appellee, v. L. L. Smith, appellant. Gen. No. 34,303.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930. Rehearing denied October 27, 1930.
Charles C. Bombaugh and Alex C. Lawrence, for appellant. G. T. Graham, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

James Coal Company, appellee, v. Lucy C. Catherwood, appellant. Gen. No. 34,305.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.
Perley H. Bishop, for appellant. Henry M. Hagan, for appellee; Alexander Paterson, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

Robert P. Gust Company, Inc., appellant, v. Kip Corporation et al., appellees. Gen. No. 34,401.

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed October 14, 1930.
Ossian Cameron and Edward H. S. Martin, for appellant. Owen & Campbell, for certain appellees. Cummings, Roemer & Flynn, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

Paul Perkovic, appellee, v. Alvin Bernstein and John E. Traeger, sheriff of Cook County, Illinois, defendants, on appeal of Alvin Bernstein, appellant. Gen. No. 34,489.

634

Heard in the second division of this court for the first district at the June term, 1930. 

Opinion filed October 14, 1930.

Slottow & Leviton, for appellant; Charles Leviton and David Paley, of counsel. Wm. Cullen Burns, for appellee; George J. Dreiske, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James Forsyth, plaintiff in error. Gen. No. 34,496.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed October 14, 1930.

John F. Bolton, for plaintiff in error. Oscar E. Carlstrom, Attorney General, James B. Searcy, Assistant Attorney General, and John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Sam Gorman, plaintiff in error. Gen. No. 34,497.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed October 14, 1930.

John F. Bolton, for plaintiff in error. Oscar E. Carlstrom, Attorney General, James B. Searcy, Assistant Attorney General, and John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Nick Stathopulos, appellee, v. Nick Korson and Myrtle Korson, appellants. Gen. No. 33,972.

Heard in the second division of this court for the first district at the April term, 1929. Opinion filed October 14, 1930. Rehearing denied October 27, 1930.

George W. Ludden, for appellants. McInerney & Power, for appellee; Joseph A. McInerney, Jr., of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Leon J. Klein, plaintiff in error, v. John M. Minnecci, defendant in error. Gen. No. 34,185.